ANNA C. ERICKSON, Respondent, *v.* THE BROOKLYN HEIGHTS
RAILROAD COMPANY, Appellant.

*Erickson* v. *Brooklyn Heights Ry. Co.*, 11 Misc. Rep. 662, affirmed.
(Argued February 1, 1898; decided March 1, 1898.)

APPEAL from a judgment of the General Term of the late
City Court of Brooklyn, entered March 27, 1895, affirming a

judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles A. Collin* for appellant.

*Abram H. Dailey* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.